```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
LAURENCE N. GIRARD,

                          Plaintiff,

        -against-

LAURENCENGIRARD.COM, an internet           REFERRAL ORDER
domain, and JOHN AND JANE DOES 1           15-CV-0572(JS)(ARL)
THROUGH 10, all of whose true names
are unknown and who are actual
registrants of that domain,

                          Defendants.
----------------------------------------X
```
APPEARANCES
For Plaintiff:     Christopher F. Meatto, Esq.
                   1140 Avenue of the Americas, 9th Floor
                   New York, NY 10036

                   Fernando A. Bohorquez, Jr., Esq.
                   Baker & Hostetler LLP
                   45 Rockefeller Plaza
                   New York, NY 10111

For Defendants:    No appearances.

SEYBERT, District Judge:

Plaintiff's motion to amend (Docket Entry 9) is REFERRED to Magistrate Judge Arlene R. Lindsay pursuant to Rule 72(a) of the Federal Rules of Civil Procedure for DECISION. See Fielding v. Tollaksen, 510 F.3d 175, 178 (2d Cir. 2007) ("As a matter of case management, a district judge may refer nondispositive motions, such as a motion to amend the complaint, to a magistrate judge for decision without the parties' consent."); Dollar Phone Corp. v. St. Paul Fire, No. 09-CV-1640, 2011 WL 837793, at *1

(E.D.N.Y. Mar. 4, 2011) (collecting cases); see also Pagano v. Frank, 983 F.2d 343, 346 (1st Cir. 1993); Hall v. Norfolk S. Ry. Co., 469 F.3d 590, 595 (7th Cir. 2006).  The parties are directed to address all future filings related to this motion to Judge Lindsay.

                                    SO ORDERED.

                                    /S/ JOANNA SEYBERT
                                    Joanna Seybert, U.S.D.J.

Dated:     July _10_, 2015
            Central Islip, NY